UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LYN BRAZIL,<br><br>             Plaintiff,<br><br>      v.<br><br>GRANGE INSURANCE ASSOCIATION,<br><br>             Defendant. | Case No. 1:24-cv-01053-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 9). |

     On December 5, 2024, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 9). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

     Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 6, 2024**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE